**KJC LAW GROUP, A.P.C.**
Kevin J. Cole (SBN 321555)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212
Telephone: (310) 861-7797
e-Mail: kevin@kjclawgroup.com

**TAULER SMITH, LLP**
Robert Tauler (SBN 241964)
626 Wilshire Blvd., Suite 510
Los Angeles, CA 90017
Telephone: (310) 590-3927
e-Mail: rtauler@taulersmith.com

Attorneys for Plaintiff
*Javier Santiago*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER SANTIAGO, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>STASH INVESTMENTS LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>　　　Defendants. | Case No. 2:23-cv-05087-DSF-JPR<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Hon. Dale S. Fischer<br><br>Complaint Filed:　June 27, 2023 |

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 40-2, Plaintiff Javier Santiago ("Plaintiff") hereby notifies this Honorable Court that the parties have reached an agreement in principle to settle this case. The parties' settlement provides for this case to be dismissed (i) with prejudice as to Plaintiff's individual claims, and (ii) without prejudice as to the class allegations. *See* Judge Virginia A. Phillips, *et al.*, Rutter Group Prac. Guide Fed. Civ. Pro. Before Trial Ch. 10-C ¶ 10:790 (2022 ed.) ("Cases filed as purported class actions often settle *without having been certified* as such. The settlement agreement may provide only for the named plaintiffs' individual claims and require the class action allegations to be dismissed without prejudice. There is no requirement of judicial approval for precertification dispositions. The reason is that absent class members generally have no notice of uncertified class actions and therefore cannot be bound or deemed to have relied thereon.") (emphasis in original) (citing Adv. Comm. Notes to 2003 Amendments to Fed. R. Civ. P. 23).

The parties, through counsel, are working cooperatively to consummate a long-form settlement agreement. The parties anticipate filing a stipulation for dismissal within 30 days.

DATED:  August 18, 2023                     Respectfully submitted,

**KJC LAW GROUP, A.P.C.**

By: */s/ Kevin J. Cole*

Attorneys for Plaintiff
*Javier Santiago*

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing document on all parties of record via the Court's CM/ECF system.

DATED: August 18, 2023

Respectfully submitted,

**KJC LAW GROUP, A.P.C.**

By: /s/ Kevin J. Cole

Attorneys for Plaintiff
*Javier Santiago*