**KJC LAW GROUP, A.P.C.**
Kevin J. Cole (SBN 321555)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, CA 90212
Telephone: (310) 861-7797
e-Mail: kevin@kjclawgroup.com

**TAULER SMITH, LLP**
Robert Tauler (SBN 241964)
626 Wilshire Blvd., Suite 510
Los Angeles, CA 90017
Telephone: (310) 590-3927
e-Mail: rtauler@taulersmith.com

Attorneys for Plaintiff
*Javier Santiago*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER SANTIAGO, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>STASH INVESTMENTS LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>　　Defendants. | Case No. 2:23-cv-05087-DSF-JPR<br><br>**VOLUNTARY DISMISSAL**<br><br>Judge: Hon. Dale S. Fischer<br><br>Complaint Filed:   June 27, 2023 |

Plaintiff Javier Santiago, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action with prejudice, including all claims against all parties, with each party to bear its own attorneys' fees and costs.  See Fed. R. Civ. P. 41(a)(1)(A)(i).

In addition, there has been no motion for class certification filed in this action, thus no class has been certified, and it is not necessary to provide notice to the absent putative class members.  See Judge Virginia A. Phillips, *et al.*, Federal Civil Procedure Before Trial, Calif. & 9th Cir. Editions § 10:790 (The Rutter Group 2021) ("There is no requirement of judicial approval for precertification dispositions. The reason is that absent class members generally have no notice of uncertified class actions and therefore cannot be bound or deemed to have relied thereon.") (citing Adv. Comm. Notes to 2003 Amendments to Fed. R. Civ. P. 23).

DATED:  September 27, 2023              Respectfully submitted,

**KJC LAW GROUP, A.P.C.**

By: */s/ Kevin J. Cole*

Attorneys for Plaintiff
*Javier Santiago*

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing document on all parties of record via the Court's CM/ECF system.

DATED: September 27, 2023            Respectfully submitted,

                                                 **KJC LAW GROUP, A.P.C.**

                                                 By: */s/ Kevin J. Cole*

                                                 Attorneys for Plaintiff
                                                 *Javier Santiago*